

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

**Margaret M. Robertie**
Clerk of Court

**Tel: 618.482.9371**
**Fax: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

April 29, 2021

## NOTIFICATION THAT YOUR COMPLAINT/PETITION HAS BEEN FILED (WITHOUT FEE)

To:      Scott Jenkins
Re:      Jenkins et al v. Fayette County Circuit Court
Case No.   21-434-DWD

This office has received your complaint/petition in this case. Your case has been opened without payment of the filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs. If payment (either $402.00 for a civil case) or a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs is not received in our office within 30 days from the date of this letter, the case will be submitted to the presiding judge for an order to be entered dismissing the case.

Please forward all future motions and other pleadings to the Clerk's Office at the address listed above, and always reference the assigned case number. Any communication directed to the court should be in the form of a motion or other pleading and not a letter. Letters to the court will be returned to you.

Very truly yours,

*s/ Tamra Baugh*
Deputy Clerk

Enclosure: Motion to Proceed IFP