Case 3:21-cv-00434-DWD Document 3 Filed 04/29/21 Page 1 of 1 Page ID #25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Scott Jenkins
Plaintiff

v.

Fayette County Circuit Court
Defendant(s)

Case Number: 3:21-cv-00434-DWD

## Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter shall select one of the following two options indicating whether the party will consent or will not consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 29 U.S.C. Section 636(c).

**Check One:**

[X] The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| Printed Name of Party | Signature of Party or Attorney | Date |
|---|---|---|
| Scott Jenkins | Scott Jenkins | 06/01/21 |

Submitted By: Scott Jenkins pro se     Dated: 06/01/21

Note: Corporations may execute this election only by counsel.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT JENKINS,<br>JENKINS DISPLAYS CO.         ,<br>Plaintiffs,<br><br>VS.<br><br>FAYETTE COUNTY CIRCUIT COURT,<br>Defendant. | )<br>)<br>)<br>)<br>)   Case No.  3:21-cv-00434-DWD<br>)<br>)<br>) |

### NOTICE
### AGREE TO MAGISTRATE SYSTEM.

**Come now** Scott Jenkins pro se and states the following:

I received notice from this Court last Friday that I am to notify the Court if I agree to the magistrate litigation system.  At the time I still hadn't received an answer from my adversary in this Case and it was my understanding both parties have to agree to the Magistrate system.  I now realize the Court is requesting an answer from me at this time in regards to agreeing to the Magistrate Litigation System.

I used the magistrate system with this Court once before and I found it to be a good, well throughout system for parties to litigate their differences, especially for pro se litigants.  The Magistrate System was very helpful for me as a pro se litigant to navigate the complexity of legal litigation at the Federal level, and I wish to use it again if at all possible.  I also apologize for any inconvenience my delay in answering may have brought upon this Court.

**Therefore** I hereby agree to the Magistrate litigation option offered by this Court and have attached the Magistrate Agreement Form.  I also realize this is dependent on a decision from my adversary  regarding this issue.

Respectfully submitted,
/s/ Scott Jenkins pro se