

```
05/21/21                    FAYETTE CO SHERIFF'S OFFICE
08:50                       Civil Process Service Worksheet
                                                                            Page:      676
PROCESS:                                                                                 1
Process Number :       1400              Tm/Dt Receivd: 08:48:36 05/21/21
Agency          :                        Court Case No: 21CV434
Date Issued     : 05/06/21               Court Code      :
Expiration Date: **/**/**                Court Date      :           Copies: 2
Date Returned   : **/**/**                               : **/**/**
                                         Judge Name      :

SCOTT LESLIE JENKINS                     vs. FAYETTE COUNTY CIRCUIT CLERK
_____              _____
Plaintiff                                    Defendant

PAPERS TO SERVE: SUMMONS

PERSON TO SERVE: FAYETTE COUNTY CIRCUIT CLERK  (DEFENDANT       )
Address       :
City, State, Zp: ,
Birth Date     : **/**/**                        Phone: (  )   -
                                                 Alert Codes:

OFFICER ASSIGNED:                        Disposition: ACT   Location:

SERVICE REQUIREMENTS:
(none)

SERVICE ATTEMPTS:
Time     Date         Miles    Officer         Misc. Comments
____     ____         _____    _____         _____
____     ____         _____    _____         _____
____     ____         _____    _____         _____
____     ____         _____    _____         _____

COMPLETED SERVICE:
Time: 1:00pm  Date: 5/21/21  Miles: ____  Officer: R Fretche  508
Addr: 221   S.   7th
City: Vandalia         St: IL   Zip: 62471                Location: ____
Who Served: ELKA                          Relationship: ____
Comments: ____

SERVICE FEES:

Received: $        0.00              Service: $ ____
Mileage : $ ____                     Other   : $ ____
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Scott Jenkins <br><br> *Plaintiff(s)* <br> v. <br> Fayette County Circuit Court <br><br> *Defendant(s)* | Civil Action No. 21-cv-434-DWD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Fayette County Circuit Court
c/o Fayette County Circuit Clerk
221 South Seventh Street
Room 112
Vandalia, Illinois 62471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott Jenkins
1910 Hollow Dr.
Vandalia, IL 62471
618.335.3874
scottljenkins69@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5-6-21

By: *Tam S Baugh*
Signature of Clerk or Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT JENKINS, | ) |
| JENKINS DISPLAYS CO.        , | ) |
| Plaintiffs, | ) |
| | ) |
| VS. | )   Case No.  3:21-cv-00434-DWD |
| | ) |
| FAYETTE COUNTY CIRCUIT COURT, | ) |
| Defendant. | ) |

### NOTICE / PROOF OF SERVICE DOCUMENTS.

**Come now** Scott Jenkins pro se and states the following:

On May 10th, 2021 I paid the $62 service fee to the Fayette County Sheriff's Department to have my Cased served:



I followed up via phone call and in person due to the delay of not hearing anything back since I felt an unusually lengthy amount of time had passed.

According to the service documents my Case was served on May 21st at 8:48 AM:



However I never received any papers from the Sheriff's Office until Friday evening, May 28th, 2021, via mail.

**Therefore** I have attached the service papers to this document.  Again, I apologize for any inconvenience brought upon this Court due to this delay in service.  regarding this issue.

Respectfully submitted,
/s/ Scott Jenkins pro se