# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| SCOTT JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 21-cv-00434-DWD |
| | ) |
| FAYETTE COUNTY CIRCUIT COURT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

NOW COMES Kwame Raoul, Attorney General of the State of Illinois, by Victoria Fuller, Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf of the Defendant, FAYETTE COUNTY CIRCUIT COURT, in the above cause.

Respectfully submitted,

FAYETTE COUNTY CIRCUIT COURT,

Defendant,

| | |
|---|---|
| Victoria Fuller, #6329700 | KWAME RAOUL, Illinois Attorney General, |
| Assistant Attorney General | |
| 500 South Second Street | Attorney for Defendant, |
| Springfield, Illinois 62706 | |
| (217) 785-4555 Phone | By:   s/Victoria Fuller |
| (217) 521-5091 Fax | Victoria Fuller |
| Email: vfuller@atg.state.il.us | Assistant Attorney General |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| SCOTT JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 21-cv-00434-DWD |
| | ) | |
| FAYETTE COUNTY CIRCUIT COURT, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2021, the foregoing document, <u>Notice of Appearance</u>, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on the same date, I caused a copy of the same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

Scott Jenkins
1910 Hollow Drive
Vandalia, IL 62471


Respectfully Submitted,

<u>s/ Victoria Fuller</u>
Victoria Fuller, #6329700
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 785-4555 Telephone
(217) 524-5091 Fax
E-Mail:  vfuller@atg.state.il.us
victoria_fuller37@yahoo.com