IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT JENKINS and JENKINS DISPLAYS CO., )<br>)<br>    Plaintiffs,    )<br>)<br>    -vs-                   )<br>)<br>FAYETTE COUNTY CIRCUIT COURT,   )<br>)<br>    Defendant.    )| Case No. 21-cv-00434-DWD |

**DEFENDANT'S MOTION TO DISMISS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

NOW COMES the Defendant, FAYETTE COUNTY CIRCUIT COURT, by and through its attorney, Kwame Raoul, Attorney General for the State of Illinois, and, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves this Honorable Court to grant its Motion to Dismiss. In support of this motion, Defendant states the following:

1. On April 29, 2021, Plaintiffs filed a complaint against Fayette County Circuit Court, alleging that by order of a trial judge, Plaintiffs are unable to file documents in a Fayette County Circuit Court case, and raising allegations of public record tampering in violation of 720 ILCS 5/32-8. (Doc. 1).

2. Fayette County Circuit Court is not a suable entity pursuant to Federal Rule of Civil Procedure 17(b).

3. As Fayette County Circuit Court is not a suable entity, Plaintiffs' complaint fails to state a claim upon which relief can be granted and should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. A Memorandum of Law in support of this Motion is attached hereto and incorporated herein.

1

WHEREFORE, for the above and foregoing reasons, the Defendant respectfully requests that this Honorable Court dismiss the Plaintiffs' complaint without prejudice.

    Respectfully submitted,

    FAYETTE COUNTY CIRCUIT COURT,

        Defendant,

    KWAME RAOUL, Attorney General, State of Illinois,

        Attorney for Defendant,

By: ____s/_Victoria Fuller_____
      Victoria Fuller, #6329700
      Assistant Attorney General
      500 South Second Street
      Springfield, Illinois 62701
      Telephone: (217) 782-9014
      Facsimile: (217) 782-8767
      E-Mail: vfuller@atg.state.il.us;
      victoria.fuller@illinois.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT JENKINS and JENKINS DISPLAYS CO., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | )   Case No. 21-cv-00434-DWD |
| | ) |
| FAYETTE COUNTY CIRCUIT COURT, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, the foregoing document, *Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6),* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on the same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

Scott Jenkins
Jenkins Displays Co.
1910 Hollow Drive
Vandalia, IL 62471

By: ____s/_Victoria Fuller_____
Victoria Fuller, #6329700
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
Telephone: (217) 782-9014
Facsimile: (217) 782-8767
E-Mail: vfuller@atg.state.il.us;
victoria.fuller@illinois.gov

3