IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT JENKINS
*Plaintiff*

v.

FAYETTE COUNTY CIRCUIT COURT
*Defendant(s)*

Case Number: 21-cv-00434-DWD

# Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter <u>shall</u> select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

[✔] The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| *Printed Name of Party* | *Signature of Party or Attorney* | *Date* |
|---|---|---|
| Fayette County Circuit Court | s/Victoria Fuller | 6/23/2021 |
| | | |
| | | |

Submitted By: s/Victoria Fuller     Dated: 6/23/2021

**Note:  Corporations may execute this election only by counsel.**