IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT JENKINS,                                              )
JENKINS DISPLAYS CO.                     ,       )
Plaintiffs,                                                        )
                                                                       )
VS.                                                                  )        Case No. 21-cv-00434-DWD
                                                                       )
FAYETTE COUNTY CIRCUIT COURT,        )
Defendant.                                                      )

**Response to Motion to Dismiss.**

Come now Scott Jenkins pro se and states the following:

My Adversary, Victoria Fuller, Assistant Attorney General of Illinois, filed a Motion to Dismiss because the defendant I named, the Fayette County Circuit Court, is not a suitable entity and I purportedly can't prove facts to state a claim.

Victoria's Motion to Dismiss contains Case Law to make her argument. As a pro se litigant I'm lacking research tools and skills regarding Case Law, however this Court is on record for allowing the Fayette County Circuit Court to be named as a defendant, and did so very recently.on 11/21/18, Case number 3:18-cv-02114. This is a Case I reviewed before filing this Case since I felt It had similarities. An employee of the Fayette County Judicial system was alleged to have committed a wrongful act in his official role. Like that Case, an employee of the Fayette County Judicial System had to commit a wrongful act, because only an employee would have had access to the PC JIMS software which is required to impound documents. This is the basis of my Case and the factual evidence lies within the impounded Record itself. The defense in the 2018 Case was well represented and there is nothing contained within the record where any party or this Court questioned or objected to Fayette County Circuit Court being named as a defendant.

I realize it was individuals who are responsible for the illegal Acts I allege in this Case. Although factual evidence of the impounded record proves the illegal act of Record Tampering did

1

take place, currently only an email from the Fayette Circuit Clerk provides names or references of who the individuals were. The wrongs in my Case are very serious, and I want to exercise extreme caution before I supplement my Complaint with the names of the individuals. Fortunately, since Fayette County Circuit Court is 100% paperless and computerized providing a constantly updated history log of every filing, Order, or action that takes place, traceable to the individual account of those who logged in and did the Act, with a minimus amount of discovery I I will be able to name the individuals who are responsible. Unfortunately, although I have requested such information, my requests at all levels have gone unanswered.

     I have reached out to Victoria in an attempt to discuss the Case. One reason for doing so is that the Attorney General is a law enforcement agency of the State. The evidence represented in this Case clearly represents at least the crime of record tampering, and since the Fayette County prosecutor is an employee of the Fayette County Judicial System, the Record Tampering Statute states when such is the case, it becomes the role of the Attorney General to investigate. I have filed a complaint with the Attorney General's Office, but I have not received any response to date.

     When trying to contact Victoria, I was told that she was located in Carbondale. My first request for discovery will be to contact Goodin and Associates, the software company who wrote and maintains the software that the Fayette County Circuit Court uses, and it turns out they too are located in Carbondale. Based upon my research regarding PC JIMS software, I learned of the history log feature. I believe a short,deposition format meeting of not more than two hours at the Goodin Office in Carbondale, will provide the information needed to supplement my Complaint with the individuals responsible for impounding documents, as well as other tampering of the Records in the Case which evidence points to. Since Victoria is in Carbondale, it would be convenient for her to attend and may be all that's necessary for me to amend my Complaint adding the individuals responsible.

     I will continue to try and contact Victoria. She may not be aware about the Magistrate system which I have agreed to. If she agrees to participate that way, a remote conference with the

Magistrate Judge may resolve a lot of these issues before the Court presently. I used that system before under Magistrate Judge Willilams. It helped me as a pro se litigant, but also moved the Case more efficiently.

It's not my desire to burden this Court with my lack of legal knowledge and procedure. At all times Magistrate Judge Williams was helpful explaining what was expected from me, and did so in a courteous respectful way. Even though the end result was not in my favor, I had no ill feelings. At all times I was treated fairly by this Court and the Magistrate System worked very well.

Summary.

If this Court feels I need to name the individuals as the defendants I believe to be responsible for the illegal impounding which harmed me I will amend my complaint and do so before any preliminary discovery. However, if allowed to conduct a limited amount of discovery to ensure my beliefs are well founded, I would prefer to do so. I take the allegation of Record Tampering very seriously, and want to make sure my allegations are well founded and backed by factual evidence I believe I can obtain in a short amount of time with a minimus of Discovery.

Respectfully Submitted,
/s/ Scott Jenkins.

I certify that I will deliver a true and correct copy of this filing to Victoria Fuller via email at the provided address of record with this Court.