# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT JENKINS,  )  <br> JENKINS DISPLAYS CO.         ,    )  <br> Plaintiffs,                            )  <br>                                           )  <br> VS.                                     )   Case No. 21-cv-00434-DWD <br>                                           )  <br> FAYETTE COUNTY CIRCUIT COURT, )  <br> Defendant.                            )  | |

**Motion for Leave to Amend Complaint and remove Jenkins Displays as a party.**

**Comes now** Scott Jenkins pro se and states the following:

This Court has informed me I either need to obtain licensed Counsel to file an appearance on behalf of Jenkins Displays Co., or remove Jenkins Displays Co as a party to the Case.

**Therefore** I request leave to refile the complaint and remove Jenkins Displays Co as plaintiff.

Respectfully Submitted,
/s/ Scott Jenkins.

I certify that I will deliver a true and correct copy of this filing to Victoria Fuller via email at the provided address of record with this Court.