# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SCOTT JENKINS, | ) | |
| JENKINS DISPLAYS CO.        , | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | Case No. 21-cv-00434-DWD |
| | ) | |
| FAYETTE COUNTY CIRCUIT COURT, | ) | |
| Defendant. | ) | |

**Motion to Conduct Discovery.**

Come now Scott Jenkins pro se and states the following:

As a pro se litigant it's my understanding that in order to conduct discovery I need an Order from the Court allowing me to do so. I would like to do a short deposition on two entities. The 1st is Goodin and Associates of Carbondale.

Goodin and Associates is the company who wrote the PC JIMS software, the adopted software for the Fayette County Circuit Court. This software has the ability to run a history log of any transaction that occurs. My complaint is centered around several documents being submitted by an Attorney and then subsequently being impounded by a JudgeThese documents were Notices of Hearings and the subsequent Order that resulted from those Notices of Hearings. The purpose for impounding these documents was to circumvent my ability to know about the hearing that took place. If I would have known about the hearings I would have learned that Judge McHaney had appointed himself to my Case without my knowledge.

Just 4 weeks before this hearing took place Judge Mchaney had threatened to throw me in jail if I filed a Motion to Reconsider on an unrelated Marion County Case. It was clear at that point that I could never appear before Judge Mchaney on any Case, since he was clearly biased and didn't like

1

me. But due to the Notice of Hearing documents being illegally impounded I was unaware that Judge Mchaney was going to be making a major ruling in my Case., Once he made that ruling I was not allowed to have him replaced as a matter of Right, This essentially locked himself to my Case and the Record clearly shows that he was biased on every decision from that point forward

Regardless there was no point in any Notice of Hearing documents being impoonded., Impounding is a process used for minors, juveniles, sexual assault cases. Impounding Notice of Hearing documents in a Civil Case make no sense whatsoever, and the fact this was done clearly demonstrates the crime of Record Tampering, a Class 3 Felony in the State of Illinois.

At this point all I have is absolute factual proof the crime took place which harmed me considerably. I do have an email from the Circuit Clerk that states my Attorney is responsible for submitting the documents for impounding to the Court. This in itself makes no sense because the documents were created by a different Attorney, the defense's Attorney in the Case. He would have been the logical person submitting the documents for impounding since he created them. But instead, according to the email from the Clerk, it was my Attorney who submitted them. This only further proves the criminal activity.

Further, I was never supposed to know about the impounded documents. Impounded documents are to be transmitted from Clerk to Clerk, and never to the litigants, especially a pro se litigant. The impounded sub record was sent to me by mistake, included in my copy of the Appellate Record. Only because of this mistake was I made aware of this serious crime which has harmed me grealy. However, the "Genie is out of the bottle", and to my benefit. Although the perpetrators would have never imagined that the impounded subrecord would have found its way to me, exposing their criminal activity they committed against me, unfortunately for them it did.

But I realize this is such a serious criminal offense, which comes with a prison term, it's very important that I don't accuse or divulge names until I'm absolutely sure of those who committed the crime, and the only evidence I have to allege names of the purportators is an email from the Clerk. I would like to have more evidence and I can obtain it with a shore process of discovery.

  The history log that is included within the PC JIMS software will expose the purportators, or at least the user ids and passwords used to submit, access, and subsequently impound the documents illegally.  Goodin and Associates will have the ability and can divulge the actual process to take on the two versions of Software used by Fayette County Circuit Court, PC JIMS for Court and PC JIMS for Judges.

  Then my second request for discovery would be to take that information, process, or instructions obtained from Goodin to the Fayette County Circuit Clerk and have her execute the appropriate history logs.  With that evidence I feel I can divulge the names of the purportators in this crime, amend this complaint appropriately, and move forward for the proper relief this Court can provide.  This will also solve the issue my adversary has in regard to the Fayette County Court not being a suitable entity, since I will be able to amend my complaint and divulge the individuals responsible for this criminal activity.

  **THEREFORE** I respectfully request this Court allow me to do a short deposition on Goodin and Associates to get the instructions and method to run the appropriate history log, then a short deposition or interagoatory on the Fayette County Circuit Court to execute and provide me with the identities of those responsible for submitting and impounding public notices of hearings documents, which constitutes the illegal crime of Record tampering as well as other fraudulent criminal actions.

  Respectfully Submitted,

  /s/ Scott Jenkins pro se

I certify that I will deliver a true and correct copy of this filing to Victoria Fuller via email at the provided address of record with this Court.