# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT JENKINS,              )<br>Plaintiffs,                         )<br>                                           )<br>VS.                                    )<br>                                           )<br>FAYETTE COUNTY CIRCUIT COURT,  )<br>Defendant.                         ) | Case No. 21-cv-00434-MAB |

### Supplemental Reply to Motion to Dismiss.

**Comes now** Scott Jenkins pro se and states the following:

Again, it may be because I'm pro se and I don't understand the rules and procedures, but I was led to believe I was to contact my adversary in this matter and confer about the Case. I have tried to do this now twice by phone and 3 times by email to Victoria. I have left messages, and not received one reply, either by email or phone.

My adversary, Victoria, has Motioned this Court to have my Case dismissed, but yet she fails to comply with the Court Magistrate system and make any attempt to confer with me regarding the Case. This Court should not cater to those who choose not to abide by rules and procedures, and it would be unfair for this Court to dismiss my Case upon the request of a party who themselves refuses to abide by rules and procedures.

I took the "high road", used my personal Pandemic funds to pay all the fees required since I have been unemployed now due to the Pandemic. The fees paid for my Case came hard for me to come up with.

Further, as I stated in my previous reply to her Motion to dismiss, this Court had no issue with a previous suit against the Fayette County Circuit Court. The US Constitution states all shall be treated the same, especially in a Court of Law. For this Court to dismiss my Suit when it allowed another Suit to proceed against the same party, would constitute unfair treatment.

I have tried to explain in numerous filings and emails to Victoria, that in this situation I am requesting a very limited amount of discovery so I can be sure I am naming the criminals in this Case properly.  I already have the one suspect, the Judge in my Circuit Case, on Record for trying to have me jailed twice for contempt while appearing before him in the past. It would not be unreasonable for any pro se litigant to be fearful of such a Judge.  I need to remind the Court this is the same Judge who was also going to have the Governor of Illinois jailed less than a year ago for Contempt.  In fact it took Victoria's own Agency, the Attorney General of Illinois, to prevent such and defend Governor Pritzker to keep him from being jailed for contempt.  Why? Because he was trying to save people's lives by issuing Pandemic Closure Orders backed by scientific evidence from around the world.  This Judge would have no problem whatsoever of having me jailed on the spot if I falsely name his as committing an Illinois Class 3 felony, in spite of the fact all evidence obtained so far clearly shows he assigned himself to my Case, impounded Public Notice of Hearings Notices, for the sole purpose of preventing me from knowing about such a critical Hearing.  At a time in my Case I could have had him removed as  a matter of Right, which I most certainly would have done.

### Summary.

I pray this Court will not dismiss my Complaint, especially upon the request of Victoria,  who herself refuses to abide by the rules and reply to my attempt to confer with her about Discovery, as required, and according to the rules of this Court, regardless of any dispositive Motions on file.

I also realize this is a busy Court, and I can assure this Court I am doing everything possible to move this Case forward with a minimus amount of assistance from the Court. Having had two judges in my family I am very aware that all Courts strive to keep their dockets moving forward and disposing of Cases with Justice served in a timely manner.  I can assure this Court I will do everything afforded to me to make sure that happens in this Case, which is what I'm trying to do in part with this filing.

Respectfully Submitted,

/s/ Scott Jenkins