# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SCOTT JENKINS, | ) | |
| JENKINS DISPLAYS CO.        , | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | Case No. 21-cv-00434-MAB |
| | ) | |
| FAYETTE COUNTY CIRCUIT COURT, | ) | |
| Defendant. | ) | |

**Motion for Leave to Add Defendants David Cates, the Cates Law Firm,**

**add allegations, as well as violations under the Federal Rico Act.**

Come now Scott Jenkins pro se and states the following:

**Denial of first Motion for Leave.**

This filing constitutes my second attempt to amend my Complaint. This Court denied my Motion for Leave to amend based upon the fact I never included the amended complaint. As a pro se litigant it was my understanding I first need permission for Leave, then I could proceed with filing the Amended Complaint. I hereby request Leave again, and this time I have attached my Amended Complaint. I will do my best in the future to get the procedural issues correct. Further I am in negotiations to secure representation. I realize I lack the knowledge in this complex field, and also my lack of knowledge is burdensome on this Court. I am doing my best to come up with the funds and enter into an agreement for representation. I hope to have this accomplished shortly.

**Basis for requesting Leave.**

Filing documents as secured is the first step in the impounding process, usually done in Cases involving minors, juveniles, sexual assault cases, etc.. Impounding Notices of Hearings documents in a Civil Case such as my Case is not only senseless, the fact that it was done constitutes a conspiracy

1

in the Crime of Record Tampering, a Class 3 Felony in the State of Illinois as well as under the Federal Rico Act. It also Constitutes malpractice for the purpose of harming a Client, myself.

I have submitted factual proof by way of the impounded Record which harmed me, I also have submitted factual proof of an email sent from Kathy Emeric the Fayette County Circuit Clerk shown to be on official County email client and server. In that email is named my Attorney as the filer. David Cates and his Firm were the only Attorneys representing me in that Case, which the Clerk would have known at the time of drafting her email, so she had to be referring to David Cates or a member of hsi firm. Below is an excerpt from the Clerk's email:

> Mr. Jenkins,
>
> The items that were secured came to our office through efiling. The filer, your attorney, marked them as secured. It may have been an accident or he may have had personal reasons for doing so. Either way, none of the secured items had to be kept from public eyes.
>
> Kathy

Impounding documents in a Civil Case, not concerning minors or what a Party feels constitutes the need for Impounding, is at the very least a two person process. It takes a Party to the Case to submit the documents for impounding using the secured filing option, then a Judge to Order them impounded. Obviously the Judge and a Party to the Case would constitute separate entities as required by Rico.

Impounding Hearing notices is not only a contradiction for the purpose of a Hearing, hearing notices involving a Public entity such as the City of Vandalia, which under Illinois Law is required to maintain Public Disclosure, would also be illegal and a violation of Disclosure Laws or at the least improper, especially if done so for the purpose of harming, especially his own Client.

Further the documents were created by the City's Attorney, not my Attorney Dave Cates or a member of the Cates Firm, this Constitutes malpractice if done for the purpose to harm.

Based upon the factual evidence contained within the Circuit Clerk's Email, not only is it wrong and would constitute malpractice for my Attorney to intentionally be submitting another Attorney's

hearing Notices confidentially, requesting or resulting in them to be impounded and keep me the client from being aware, it also makes he and his firm a conspirator in this Crime. The email from the Clerk is sufficient to make these allegations.

The fact it was done multiple times, used entities such as the Circuit Court, their respective Firms or Partnerships, also supports the allegation of Federal Rico Act violations..

**THEREFORE** I respectfully request this Court to allow me to amend my Complaint to include David Cates and the Cates Law Firm as Defendants and Conspirators, and committing malpractice as Attorneys, I also request the Court to allow me to Amend my Case to fall under the Category of a Federal Rico Act Case.

Respectfully Submitted,

/s/ Scott Jenkins pro se

I certify that I will deliver a true and correct copy of this filing to Victoria Fuller via email at the provided address of record with this Court.