# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT JENKINS,                                          )
Plaintiff,                                              )
                                                        )
VS.                                                     )          Case No. 21-cv-00434-MAB
                                                        )
FAYETTE COUNTY CIRCUIT COURT,                           )
Defendant.                                              )

### Petition for Writ of Mandamus.

Come now Scott Jenkins pro se and states the following:

I realize these are unprecedented times due to the seriousness of the National COVID Disaster and the effect it's had on the Courts, and I'm willing to wait my turn.

I have pending motions on file with this Court.  Some over 6 months old.  The most recent, filed with this Petition, is to disqualify or request resignation of the Attorney General as defense counsel for the defendant.  The reason for delay in part in filing my most recent Motion to Disqualify was affording my local law enforcement Agency as well as the Attorney General to take action on the complaints I filed with their Agencies directly over 6 months ago.

If the Court agrees that the Attorney General is conflicted and should not have participated in this Case based upon the facts contained within that Motion, the dispositive Motions filed by the Attorney General would be void and there would be no dispositive Motion for this Court to Rule on.  I could then proceed with the Discovery portion of my Case and move the Case forward.

**THEREFORE** I respectfully request a ruling from this honorable Court regarding all my pending Motions so I may pursue my litigation.

Respectfully Submitted,
/s/ Scott Jenkins pro se
618.335.3874

I certify that I will deliver a true and correct copy of this filing to Victoria Fuller via email at the provided address of record with this Court.