**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **SCOTT JENKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 3:21-CV-00434-MAB** |
| ) | |
| **FAYETTE COUNTY CIRCUIT COURT,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated February 15, 2022, Defendant Fayette County Circuit Court was **DISMISSED with prejudice** from this action (Doc. 27). Accordingly, this action was **DISMISSED with prejudice** in its entirety pursuant to Rule 12(b)(6).

DATED: February 15, 2022

**MARGARET M. ROBERTIE,
Clerk of Court**

BY:  /s/ Jennifer Jones
**Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
**MARK A. BEATTY
United States Magistrate Judge**