**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS.**

| | | |
|---|---|---|
| SCOTT JENKINS, | ) | |
| JENKINS DISPLAYS CO. , | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | Case No. 21-cv-00434-MAB |
| | ) | |
| FAYETTE COUNTY CIRCUIT COURT, | ) | |
| Defendant. | ) | |

**Supplemental Motion to Alter or Amend Under Federal Rule of Civil Procedure 59(e).**

Comes now Scott Jenkins pro se and states the following:

**A wrong is a wrong.**

As a pro se litigant it's difficult for me to cite Statutes for which all the defendants violated resulting in my harm. I did name Public Record Tampering, but this Court stated I didn't have legal standing to enforce that Statute. I wasn't trying to enforce it, I was stating I was harmed by those who violated it, and the Public Record Tampering Statute contains section 55 which allows relief to those harmed which I believed at least gave me standing to state it..

But I have presented numerous other wrongs through factual evidence before this Court. Wrongs which include, but are not limited to, record tampering, fraud, perjury, contempt, constitutional and civil right violations. Obstruction of business activities, public transparency and noticing laws, as well allegations of anguish and stress. Naming one Statute, and even if I don't have a legal standing to enforce it, does not make all the wrongs, and my harm from them disappear. As a pro se litigant all I'm required to do is make the Court aware and allege the wrongs *I suffered* from with sufficient evidence.

**Failure to name a guilty employee does not render their employer innocent.**

This Court knows any Court needs an accurate Record, especially if it receives money, no different than any other business. This Court knows from my pleadings the Fayette County Court prepared two $670 Records and only received money for one. As a Fayette County tax payer I have a legal standing by suffering financial harm, having to pay my Fayette County Court employee via taxes for work somebody else should have paid for, and I have a legal standing to hold my Fayette County Court liable for my financial harm for failing to Act when I made it aware.

This Court knows the Fayette County Court must maintain an accurate document Record as well as an accurate accounting Record, and has to pay and employ at least one person to do so. It was my feeling that by naming and proving a wrong which only could have come from an employee of the Fayette County Court, the Court or discovery process would identify individual names which could then be included as defendants. I believe this Court can conclude with the evidence before it from the beginning, who that person was, my Fayette County Clerk Court employee. My pro se mistake failure is at best failure to state the obvious. But not doing so does not render my Fayette County Court innocent.

My failure for only naming one Statute doesn't make my Fayette County Court innocent for any other wrongful acts, and does not make my harm and suffering go away.

I ask this Court to consider 705 ILCS 105/27.1b, the Circuit court Act, Sec. 27.1b, clerk fees, which states:

*Notwithstanding any other provision of law, all fees charged by the clerks of the circuit court for the services described in this Section shall be established, collected, and disbursed in accordance with this Section. Except as otherwise specified in this Section, all fees under this Section shall be paid in advance and disbursed by each clerk on a monthly basis. (emphasis to the words, "paid in advance").*

The first Record of Appeal showed up at the Mt. Vernon Appellate Court in September of 2020. My Record of Appeal contained approx. 2200 pages, at a cost in excess of $670. But no money was paid, collected, or submitted to the County treasurer according to my Court Clerk. This is not only a violation of the above cited Act, it also constitutes theft of my funds as a Fayette County resident.

**My Right to obtain relief from Judge Mchaney regarding public document tampering.**

This Court stated: "Mr. Jenkins has failed to show that he has an underlying legal right to enforce the statutes he cites to in his complaint."

My complaint is not an attempt to enforce a statute, I realize that's left up to enforcement agencies to do so. I merely cited the Statute as a way of informing and describing that the State of Illinois considers Public Record Tampering a serious offense, provides for serious penalties, described by referencing serious penalties contained within the Statute. There can be no doubt that if Judge Mchaney did what I allege, and what I allege meets the definition of Public Record Tampering,

While penalties contained within the Statute may be between the defendant and an enforcement agency, I agree I have no legal standing to enforce those parts of the Statute. However I would like to direct the Court's attention to paragraph 5 of the statute which states: that the defendant may be ordered by the court, after a hearing

in accordance with applicable law, and in addition to any other penalty or fine imposed by the court, to pay the victim in an amount equal to any financial loss or the value of any advantage lost by the victim as a result of the offense.

Therefore I have a legal standing to at least state that part of the Statute. As a victim, paragraph 5 would have to provide me with legal standing to enforce my Rights for compensation, and the only requirement stated the victim needs to do in order to be compensated is to a hearing in accordance with applicable law. I believe what I'm doing within this Court now.

Failing to wrongs such as fraud, interference of business, theft, violations of my constitutional rights, does not negate those wrongs this Court is aware of, and as a pro se litigant I'm not required to name the wrongs, just make this Court aware.

This Court is aware, my adversary also, but neither has alleged I never suffered harm.

**Not naming a Remedy does not mean an absence of a Remedy.**

This Court can provide more than monetary damages. A litigation venue, an afforded Right I'm unconstitutionally and intentionally being denied, denied under the Color of law. This Court can require information and evidence I have a legal right to view and I'm being denied.

This Court stated that enforcement agencies work for the public, not Mr. Jenkins and can choose who they choose to use their enforcement authorities against. I respectfully disagree. I remind this Court the duty of any litigant, party, or Court Officer to bring to the attention a fraud, wrong, or any illegal activity to the appropriate authority when being alerted. This Court took oaths to do so, not only when they assumed their jobs with the Court, but when they assumed their licenses needed to qualify for their jobs. This Court, including my adversary in this matter, has been made aware of at the very least, two different Appellate Records which constitutes a crime, and has *failed to Act*. It's a breach of Oath to be made aware of crimes, especially crimes within this Court's *Judicial field*, and not take any action.

My Case was once before this Court, not a decision by my Attorney, but my adverary's Attorney. This Court sent it back to my County Court, stating that was the proper venue, but in doing so it must be assumed this Court assumed my Fayette County Court would provide not only a fair, but most importantly a venue that abided by all laws and rules. This Court is now aware by the factual evidence before it that not to be the Case, in fact not only an unfair venue, It sent my Case back to a corrupt venue.

It's a fact a Judge Mchaney, through the use of multiple PC JIMS user accounts, secretly assigned himself to my Case, escaping notification alerts, different accounts that display at least three sets of different initials within the Record. Factual evidence, and his own public statements clearly state is a friend and considers the one of the largest stockholders constitution and owner defendant role and in house counsel for my named defendant FNB Bank, to be his Mentor, even to the point he accepted and was chosen as the host for his retirement party.

A Judge Mchaney who intentionally and illegally prevented my Case from being heard by a Jury, to the point he impounded documents, threatened me with jail, contempt, refused me numerous times access to my Court, committed contempt of his own Chief Judge's Order and Supreme Court Rules, *forcing me to* appear by telephone over my objections, moved my Case from my own county to Franklin, Clay, and Marion County Courts and Courthouses, absent any venue changes. Those actions prevented me from access to the Courts because I had no way to e-file my Fayette County matters in Clay, Marion, or Franklin Counties and he knew it after decades of experience within those Judicial systems and use of e-filing procedures.

I can't imagine this Court would have sent my Case into such a corrupt system stating as its reason, my Case could be litigated properly in my own Fayette County Court. I must believe if it had known at that time what this Court knows now, it would have acted appropriately, possibly keeping my Case within its control and adjudicated it fairly according to the law.

This Court is aware now, aware by factual evidence before it, factual evidence of undeniable unexplained impounded documents, and at the very least an illegally certified Record of Appeal, which had to be one of the most severe Acts of corruption a Court can commit, and like my own Court who committed it the illegal Act, this Court after being made aware, is ignoring this Crime. It's apparent now this Court made a mistake by sending my Case back to the Corrupt Fayette County Court, but when made aware, a Court must correct its mistakes, even if its mistakes were a result of illegal corrupt actions by others.

**New evidence and substance this Court may have been unaware of.**

To make sure I was correct regarding the existence of two Appeal Records, on March 7th just days before this filing, I had about a 20 minute conversation with the second oldest employee of the Marion County Court who worked as staff member of the Marion County Circuit Clerk. She is the only one in that Office that holds the position of preparing, certifying, and filing Records of Appeals. She has held this position for years, and I felt maybe she could explain why there would be two different Appeal Records in my Case, since Marion County is within the same Circuit and is required to use the same software to do so, PC JIMS for Courts.

She told me not only is she required to prepare, certify, and file accurate Records if Appeals, most important, it has to be paid for in advance, the money properly accounted, and to prevent mix ups, is the only one allowed to do this particular job. She was proud of her job, and had been doing it when PC JIMS software was known as the "green screen". What she told me was exactly what Kathy Emerick told me in December 2020. I, not two.so once. Exactly what my Fayette Court Clerk told me in December 2020. The factual evidence before this Court states my Fayette County Clerk submitted two different Appeal Records, rendering one inaccurate, and only submitted money once to my County treasurer. Even worse, has offered no explanation, or even investigated why. The Marion County worker told me $670 would constitute a significant amount of money, and if she learned an inaccurate $670 Record of Appeal had been certified and filed under her Clerk's name, and most importantly an unpaid one, her job would be on the line if she failed to investigate it when made aware.

**Goodin and Associates' PC JIMS Software manipulation.**

To support my allegations that sufficient evidence exists Judge Mchaney is most likely at least part of the Record tampering conspiracy, by impounding key hearing documents and his subsequent Order regarding that Hearing, a Judicial Information Management Software Suite of Judicial sub modules must be described and brought to this Court's attention. I realize it to be a burden on this Court having the complexities of software explained, and I am only knowledgeable by phone, person to person, electronic as well as my efforts of obtaining the different manuals associated with the different sub modules within PC

JIMS. In fact the Marion County worker told me she was unaware any manual existed for PC JIMS, she never had or read one. What follows is an explanation of this Software's operations and features, significant in my Case. My explanations may not be 100 percent accurate, but sufficient enough to back my allegations for my Case at this time. I'm not a PC JIMS Software expert, I've never been associated with any Judicial entity, and I've never been a user of any PC JIMS Software available to the Courts.

PC JIMS is advertised and promoted as an electronic court record keeping that among other things, promotes transparency and prevents Record manipulation. This may be true if the appropriate security measures are adhered to, but I know for certain if my Court would not have adopted PC JIMS, there would be no impounded documents or fake Record of Appeal in my Case, which would have resulted in my Case never being before Judge Mchaney, and I allege I would have been afforded my Right to have a Jury of my Peers adjudicate 6 years of litigation on my multi million dollar Case. Has allowed the defendants in my Fayette County Case to escape a decision of 12 Fayette County citizens from deciding their fate.

Since my Case is at a critical stage, and this Court's Order states it can only survive by way of a Motion to Reconsider containing significant substance and or new evidence,I feel it necessary to make his Court aware of the following, I originally felt to be premature at this stage of my Case.

Through one on one conversations I've learned most users of the Software fall short of having an overall understanding of the system, but through my research and reading the manuals of all the sub modules, while not a user, I feel I understand the overall all PC JIMS suite better

By obtaining all the user manuals for all the PC JIMS sub modules, I have determined with a very high degree of certainty that Judge Mchaney is responsible for impounding the Hearing Notices and Order regarding the key November 2018, a Hearing I was intentionally never notified of, a Hearing that took place in Marion County, and fails to show up on either the Fayette or Marion County Record. Further I've never been allowed a transcript of that hearing, although I've requested it numerous times from my Court employees, and I can't say for certain that hearing ever took place anywhere. But I can say for certain I was harmed by not knowing and the results of that hearing.

**What are PC JIMS Software submodules.**

Different PC JIMS Modules afford different options and capabilities. PC JIMS Software administers Judicial actions in one sub module that other PC JIMS submodules or account holders can't do. Through research and interviewing those familiar with the Software, and contained within the manuals, I learned that PC JIMS software only considers two phrases in the Record as valid Orders or Judgments with any legal standing. Those key phrases entered only through the PC JIMS for Judges Module are "Order Entered" or "Judgment Entered". Absent one those two phrases, PC JIMS Courts Core module will never allow the existence of a legal standing Judgment or Order and never be uploaded and displayed as a legal standing Judgment or Order on Judici.com, also owned by Goodin and Associates out of Carbondale. Those words must also contain the word "entered". This is important to Goodin, because this is how Goodin, the Company who owns PC JIMS and Judici, is able to sell a variety of data subscriptions. They do so by searching all the Record data being uploaded by all the 80 Counties in Illinois, and filtering it to only one of those two Orders or Judgments and the associated datta, the only thing most of their subscribers like credit bureaus, debt collectors, etc. care about.

Absent "Order Entered" regarding a final Order to close the Case, a Case will remain open. Even though the defense in my Case claims my Case was closed in January 2020 by Chief Judge Koester, this never happened. For two reasons, "Order Entered" never showed up in the Record, and Chief Judge Koester was aware at least 3 outstanding Motions needed to be heard.

Chief Judge Koester assured me at my January 2020 hearing I would not have to appear before Judge Mchaney to hear my Motions, because she was assigning him to Clay County as its Resident Judge, and she had fully capable Judges assigned to Fayette County that could hear my Motions. Over my objections, against Chief Judge Koester's COVID Administrative Order and Illinois Supreme Court Rules regarding remote hearings in place at that time stating remote hearing were only available to the parties, all court personal, Judges, Reporters, Clerks, etc. must be present at the Fayette County Courthouse, and telephone hearings required written agreements by all parties which didn't exist, Judge

Mchaney illegally scheduled a telephone hearing as a Clay County Resident Judge which Chief Judge Koester's Administrative Order stated only my Fayette County Resident Judge could do.

I appeared over my cell phone, made it clear I couldn't present my Motions over my phone, did the same several times in advance via filings with the my Fayette Court, by mail to Chief Judge Koestetr, as well as filing an Emergency Writ before the Illinois Supreme Court, creating a Stay which I announced and warned Judge Mchaney at t the beginning of the telephone hearing.

Judge Mchaney told me to proceed with my Motions, the Reporter was having a difficult time hearing me, and finally I gave up. I had two undisclosed witnesses I was unaware I needed to disclose in my kitchen, over hearing everything on my speaker phone Judge Mchaney was unaware of. In an action familiar sound of a person moving a phone away from their mouth, all those with me in my kitchen heard Judge Mchaney say, "what should I do", in a muffled voice, as if his hand was over his phone. I put my speaker phone on mute and said to those in my kitchen, "see, he could care less about hearing me, he's even asking the Court Reporter what to do ". We were all amazed that I was being treated with such disrespect and Judge Mchaney would be asking the Court Reporter for directions. Turns out he wasn't speaking to the Court Reporter, he wasn't at the Fayette County Courthouse where Illinois Supreme Court Rules at that time stated he had to be, I state in the following why I know, and it's significant for this Court to be aware.

I never took my phone off mute, and what took place next was even more alarming. He instructed the defense attorney's to draft an Order ending my Case, told them they were not to send me a copy, if I tried to object or file anything else in my Case he would delete it from the Record and hold me in contempt.

I hung up, immediately on the same cell phone sent the Court Reporter a text via Facebook Messenger App and told her I would like a copy of the Transcript ASAP, and would pay her extra if needed. I had known the Court Reporter for over 30 years. Witnin an hour she sent a text back and said she had to prepare a transcript for a Murder Trial but would do the best she could. I had my transcript by the same evening, and when I asked her how much, she said, "Scott, you don't owe me anything". I told her that I

wanted to pay her extra for getting my Transcript to me so fast, and although she reiterated I need not pay her, I still sent her a $100 Walmart money order.

I told her via Messenger text I felt it was unfair she had to drive from Vandalia to the Clay County Courthouse. By text I stated to her Judge Mchaney violated the law scheduling a telephone hearing from Clay County and stated Chief Judge Koester had ordered all Civil Cases postponed until further notice.

To my surprise she told me she never left her house in Vandalia, she was on her cell phone also, and stated she abided by Chief Judge Koester's Order, why she had to transcribe from her house, because all the Courthouses were closed due to Judge Koester's Order. While I doubted it, I wondered if Judge Mchaney may be conducting the hearing at her house in Vandalia. She said *no and she had no idea* where Judge Mchaney may have been, other than she knew he wasn't at any Courthouse. I would have thought her transcript should have stated where everyone was. But I assumed the two defense attorneys were at their houses, and I have the right to know. Especially for where Judge Mchaney was and especially who the undisclosed person was he was asking for directions on how to rule at his hearing, he scheduled it not me.

This is critical, because not only does it demonstrate a blatant violation of Orders and Rules, he was clearly asking somebody what to do, an undisclosed person for ruling directions, and it must be assumed someone who would have a very good understanding of the Law, like a Judge. I doubt it would be his wife or family member if he may have been at his house.

Knowing now after extensive research, that transcript tells a lot. Not only does it tell Judge Mchaney *violated my Constitutional* Rights like he had done twice before, more importantly it demonstrates he was in somewhat of a "pickle". By scheduling my Motion Hearing and ordering the defense attorneys to draft an Order to deny all my Motions, stating, "I want to end this fiasco" he proved my case was still open which is *exactly* what the Record states to this day.

Although the defense Attorneys would like to believe my Case is closed, only the Clerk can Close a Case, and she can't do that without the PC JIMS software getting the important phrase, "Order Entered". As Judge Dugan ruled in his Order which caused me to file this Case, the online Record is a true and

accurate Record, and it states my Case was never closed. The defense Attorneys drafted Orders contrary to Judge Mchaney's ruling to deny all my Motions, instead of me being threatened with Contempt, they should be held in contempt for doing so. But drafting the Order they did, they did me a favor, because right now my Motions have never been ruled on, they're still waiting to be. If it wasn't for the fact I would end up in jail for contempt, I could schedule a hearing in my Court for them to be heard.

**The telephone hearing transcript provides backing of my circumstantial allegations.**

Judge Mchaney's transcribed statement from his telephone hearing stated he would delete anything from the Record I tried to e-file in my Case is critical. He didn't say he would request it to be deleted, since only the Clerk's PC JIMS for Courts software module has that feature, his PC JIMS for Judges *version* doesn't reference such a feature in the manual. His ability to do that I allege would prove Judge Mchaney either illegally possesses or has access to the Clerk's PC JIMS for Courts software module, but I can only allege it at this state.

But my allegations are correct, this would explain how he could prepare and file an Appeal Record, certified by containing Kathy Emerick's name and signature certification cover page. This would offer an explanation how Judge Mchaney could have been the one who generated the September inaccurate unpaid Appeal Record Kathy denies ever came from her or ever existed. He could have also modified it, rendering it inaccurate and illegal by deleting his illegally impounded documents my Attorney illegally e-filed for him to do. This would provide a motive, since it would cover up his criminal Act of Record tampering.

*Judge Mchaney* would have correctly assumed exactly what ended up happening in September of 2020. I stopped asking for it, Kathy Emerick never knew it existed, and she would never have sent a true and accurate one in December 2020 absent me alerting and paying her, which would have prevented me *or anyone* from ever discovering his criminal Class 3 felony act of Record Tampering by way of Kathy's Appeal Record containing the impounded Record Only the existence of those impounded documents made me aware, aware to the point that even though everyone tried to explain it away as a computer "glitch" or human mistake, I knew different. I knew through 50 years of working with computers, they don't

"glitch" like that, and about the same number of years of having employees working under me, people rarely make three mistakes on three different days. Plus, only I suffered any harm, the defenders benefited by their biased Judge illegally naming himself to my Case, and my corrupt Attorney illegally helping and allowing it, and allege the motive was to help his Mother obtain the Democratic nomination in the Fall of 2018.

**Bringing my Case from Fayette Court back to this Court may be a remedy.**

Although I felt it was premature at this point in my Case, I realize I will need to expend all my available financial resources to hire counsel, especially to pursue this possible remedy I believe can provide me a remedy.

Although my Case was before this Court before, it was ordered back to Fayette County, but done with the assumption that Fayette County would provide legal adjudication of my Case. I've already proven to this Court my Record is inaccurate, contrary to Judge Dugan's ruling requiring me to open this Case. Judge Dugan's Order is not only dependent on the online Record by him referencing it in his Order, he ruled it to be true and accurate and made his Order dependent on it being true and accurate. Since I've proven it not to be, I believe that would render his Order dependent on an accurate Record to be Void.

While some of my allegations may be circumstantial at this point, as in Judge Mchaney [responsible for the September Appeal Record Kahy Emerick states to this day never came from her, it's a fact she she failed to take any corrective actions, and that renders he Fayette County Court employer guilty for failure to Act when made aware.

*It's a fact* before this Court that an inaccurate appeal record exists, hearing notices illegally not e-filed by the defense attorney who prepared them, but illegally e-filed filed by my plaintiff attorney who didn't for impounding, then Judge Mchaney impounding them keeping me in the dark to allow him to make *a ruling* in my Case denying my ability to replace him as a matter of Right. Judge Mchaney, who knew I would demand a new Judge since he has already threatened me with jail, a Judge who used multiple PC JIMS user accounts to hide him assigning himself to my Case so I wouldn't know, a Judge who was a known friend to his mentor Judge Schwarm, the defendant in my Case as the largest stockholder and in

house counsel of my stated defendant FNB Bank. Judge Mchaney who after a one hour hearing, denied my Right to a Jury, ending 6 years of litigation by ruling on a matter of fact by way of summary judgment in my Jury Case, and only a Jury is allowed to be the trier of fact in my Case.

Judge Mchaney continued to commit illegal acts by denying my Constitutional Rights to be heard, access to my Court, and my Right to Appeal under the threat of Sanctions by conspiring with the defense Attorney's, and only if I was willing to give up my Motions, appeal rights, and agree my Case final, would they withdraw their bad faith pleading extortion sanctions, disguised as confidential settlement negotiations to my Attorney who was the signatory to all the pleadings they never objected to resigning from my Case leaving me holding the bag over my objections Mchaney refused to hear or even acknowledge my presence. Only by me doing a pro se Chapter 13 filing before this Court's Bankruptcy division, affording me a stay, which ultimately led to the defense Attorneys realizing they could never get any sanctions before Judge Grandy, did they withdraw their extortionate sanction Motions.

Judge Dugan stated in his Order which resulted in me filing this Case, that the online Record shall be considered as an accurate official Court Record. The online Record makes no mention of the hearing notice documents, because they were tampered with as I allege. Impounding documents removing them from the online Record, and although the defendant Fayette County Court was made fully aware at numerous levels, it failed to act. The same regarding the impounded documents, the existence of two appeal Records, as well as numerous other Record errors I intend to bring forward under the appropriate defendants responsible.

*Respectfully Submitted,*

/s/ Scott Jenkins pro se

I certify that I will deliver a true and correct copy of this filing upon receipt to Victoria Fuller via email at the provided address of record with this Court.

Gmail

Exhibit Page

Scott Jenkins <scottljenkins69@gmail.com>

# two different appeal records in Mount Vernon for 13-L-10 and still no transcript for 11-13-2018

1 message

**Scott Jenkins** <scottljenkins69@gmail.com> Mon, Apr 26, 2021 at 10:22 AM
To: Kathy Emerick <kemerick@fayettecountyillinois.org>

Hi Kathy,

This is the Appeal Record cover page you certified to be an accurate Record for my appeal, 226 pages 3 volumes:

APPEAL TO THE APPELLATE COURT OF ILLINOIS
FIFTH JUDICIAL DISTRICT
FROM THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
FAYETTE COUNTY, ILLINOIS

JENKINS, SCOTT ET AL
Plaintiff/Petitioner

Reviewing Court No: 5-20-0177
Circuit Court No: 2013L10
Trial Judge: Honorable Michael McHaney

v

E-FILED
Transaction ID: 5-20-0177
File Date: 12/18/2020 5:59 PM
John J. Flood, Clerk of the Court
APPELLATE COURT 5TH DISTRICT

FIRST NATIONAL CORP D/B/A ET AL
Defendant/Respondent

CERTIFICATION OF RECORD

The record has been prepared and certified in the form required for transmission to the reviewing court. It consists of:

2 Volume(s) of the Common Law Record, containing 2124 pages.

1 Volumes(s) of the Report of Proceedings, containing 102 pages.

0 Volume(s) of the Exhibits, containing 0 pages.

I hereby certify this record pursuant to Supreme Court Rule 324, this 18th day of December, 2020.

KATHY EMERICK, Clerk of the Circuit Court

But this is the one that was sent back on September 23rd, 2020. It has only 220, but you certify it to be an accurate Record also. Which one am I to use, the December one or the September one?

Also, you never did send me that Wooleberg transcript for the November 13, 2018 hearing in Salem. How come the Appelate Court gets transcripts of my hearings but I don't. This will be 6rh time I've requested it between you, Jarman, and the Salem Clerk?

5-20-0176 Exhibit Page 2

APPEAL TO THE APPELLATE COURT OF ILLINOIS
FIFTH JUDICIAL DISTRICT
FROM THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
FAYETTE COUNTY, ILLINOIS

JENKINS, SCOTT ET AL
Plaintiff/Petitioner

Reviewing Court No: 5-20-0176
Circuit Court No: 2013L10
Trial Judge: Honorable Michael McHaney

v

E-FILED
Transaction ID: 5-20-0176
File Date: 9/23/2020 6:09 PM
John J. Flood, Clerk of the Court
APPELLATE COURT 5TH DISTRICT

FIRST NATIONAL CORP D/B/A ET AL
Defendant/Respondent

## CERTIFICATION OF RECORD

The record has been prepared and certified in the form required for transmission to the reviewing court. It consists of:

2 Volume(s) of the Common Law Record, containing 2118 pages.

1 Volumes(s) of the Report of Proceedings, containing 102 pages.

0 Volume(s) of the Exhibits, containing 0 pages.

I do further certify that this certification of the record pursuant to Supreme Court Rule 324, issued out of my office this 23th DAY OF September, 2020.

KATHY EMERICK, Clerk of the Circuit Court

Please File

Thanks

Scott
618-335-3874

Jenkins
1410 Hollow
Vandalia, IL 62471

MAIL CLEARED
US MARSHALS

FOREVER / USA FOREVER / USA
FOREVER / USA

MAR
62471

East St. Louis Federal Clerk
750 Missouri Ave,
East St. Louis,
Il 62201

RECEIVED
MAR 2 1 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE