# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS.

SCOTT JENKINS,                          )
JENKINS DISPLAYS CO.          ,         )
Plaintiffs,                             )
                                        )
VS.                                     )   Case No. 21-cv-00434-MAB
                                        )
FAYETTE COUNTY CIRCUIT COURT,           )
Defendant.                              )

## Declaration.

Comes now Scott Jenkins and declares the following:

On March 7th, 2022 I went to the Marion County Courthouse in Salem Illinois. I spoke to the lady who was in charge of preparing, collecting the fees, and submitting Records of Appeals to the Mount Vernon Appellate Court. She told me there can only be one Record of Appeal, and no Record of Appeal leaves her possession without being paid for first, especially an appeal record worth $670.

On March 22nd, 2022 I returned to the Marion County Courthouse, this time with documents to speak to the same lady I spoke with on March 7th, in order to show her my two Appeal Record Certifications from my Fayette County Clerk. I was hoping after seeing the actual documents she may be able to provide me further clarification to why there would be two different Appeal Records from my Case. I learned at that time the same lady I spoke with on March 7th was not available to discuss the matter with me, but her name was Regina. I asked this new staff member if she was the Circuit Clerk, she said no, she was a Deputy Circuit Clerk. I showed her my documents. It was apparent she was puzzled how there could be two Appeal Records from the same Case, especially two different ones. She told me I needed to speak with my Clerk. I told her I had tried. She told me I needed to speak with the Appellate Clerk, I told her I had tried. She told me I needed to speak with my lawyer, I told her I had tried. Then she told me there was nothing else she could tell me, and I informed her I greatly appreciated her time. I explained I was on a research mission, and her lack of an answer or explanation would be sufficient. I left her office.

Yesterday, on March 24th, 2022, I went to the Clinton County Courthouse in Carlyle Illinois. Upon this visit I spoke with the Clinton County Circuit Clerk, and according to the internet his name was Rod Kloeckner.

1

Like the Marion County Circuit Deputy Clerks told me, Rod said only one Record of Appeal can exist. After careful review he used several words such as, "puzzling", "confusing", "not right", etc. Noticing he had a greater interest in the matter than the other Circuit Clerk personnel I had spoken to, I showed him the impounded documents which represented the differences in the two Appeal Records, which were the two Notice of Hearing documents and the Order from Judge Mchaney. Rod asked why such documents as those would require impounding. I responded, "that's what I have been trying to find out now for over a year". I also informed him that it was my Plaintiff Attorney who requested them to be impounded, not the defense Attorney who drafted them. I informed Rod the documents were not prepared by my Attorney, they were created by the defense Attorney, yet my Attorney was the one according to me Clerk who e-filed them.

He too told me I needed to speak with my Clerk. I told him I had tried. He too told me I needed to speak with the Appellate Clerk, I told him I had tried. He too told me I needed to speak with my lawyer, I told him I had tried.

Rod went on to say that maybe Fayette County uses a different system. I answered, "No, they use the same system that your Clinton County does, PC JIMS, because it's the adopted system by the 4th Circuit. After explaining all I had gone through investigating this matter, Rod asked what my efforts were revealing. I told him it was my belief that my Clerk's system had been "hacked" and it constituted Record Tampering. Rod said I should report it to law enforcement agencies, which I told him I had. Rod said if those came from his Office, and he had been made aware, he would be launching an investigation, since he is responsible for every action by those in his Office. We parted with him saying, "Good Luck".

Although it takes significant time and fuel expense, I will continue my investigation through personal visits, speaking to other Circuit Clerk staff within my Judicial Circuit who are familiar with the use of PC JIMS Software, the official adopted records keeping system of the Illinois 4th Judicial Circuit.

_____   Date March 25th, 2022
Scott Jenkins  618.335.3874

Although no recording was made or Court Reporter was present, I Scott Jenkins attest the above to be an accurate representation of my personal meetings with Circuit Clerk personal from my Illinois 4th Judicial Circuit, and will deliver a true and correct copy of this filing upon receipt to Victoria Fuller via email at the provided address of record with this Court.

Dear clerk,

Please file this document.

thank you,

Scott Jenkins



Case 3:21-cv-00434-MAB   Document 31   Filed 03/28/22   Page 5 of 5   Page ID #105



RECEIVED
MAR 28 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE